UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGUERITE L. MARTIN II,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. C19-0009 RSM

ORDER GRANTING MOTION FOR EXTENSION OF TIME AND EXTENDING TIME OF SERVICE

This matter comes before the Court on Plaintiff Martin's Motion for Extension of Time. Dkt. #51. After reviewing this Motion, its attachments, and the record, the Court believes Plaintiff seeks to extend the deadlines set forth in the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. #41).

Plaintiff suffers from several medical conditions rendering it difficult for her to write or type. She also states that her conditions affect her short- and long-term memory and ability to concentrate. *See* Dkt. #51 at 3. These are valid bases for the Court to find good cause to extend the above deadlines. The Court will extend those deadlines by 90 days.

The Court notes that Plaintiff submits Skagit County Superior Court forms that state inapplicable procedures. Plaintiff is in federal Court, not a state court, and is advised to

ORDER GRANTING MOTION FOR EXTENSION OF TIME AND EXTENDING TIME OF SERVICE - 1

familiarize herself as much as possible with the appropriate procedures. Although Plaintiff requests it in passing, the Court finds no valid basis to appoint counsel for her at this time.

The Court believes from the record that Plaintiff has failed to properly serve Defendants. Plaintiff is advised to review the requirements in Federal Rule of Civil Procedure 4(i) for service on the United States and 4(j) for service on a state government. Under Rule 4(m), service is required within 90 days after the Complaint was filed in this case. Because that deadline is quickly approaching, and because of Plaintiff's medical condition, the Court will now extend this deadline by an additional 30 days. There will be no further extensions.

Having reviewed the relevant briefing and the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Extension of Time (Dkt. #51) is GRANTED. The deadlines set forth in the Court's Order Regarding Initial Disclosures and Joint Status Report are extended by 90 days. Plaintiff's deadline to serve Defendants is also extended by 30 days. **The deadline for service is now May 4, 2019**. Failure to properly serve a Defendant by this date may result in dismissal of all claims against that Defendant.

DATED this 22nd day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EXTENSION OF TIME AND EXTENDING TIME OF SERVICE - 2