# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARGUERITE L. MARTIN II,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. C19-9RSM

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. Plaintiff Marguerite L. Martin II filed her Complaint on January 4, 2019, against Defendants the United States of America and the State of Washington. Dkt. #1. On March 22, 2019, the Court issued an Order granting an extension of time for Plaintiff to serve Defendants and an extension of time for the Court's deadlines set forth in the prior Order Regarding Initial Disclosures and Joint Status Report. Dkt. #53. The Court stated as follows:

> The Court believes from the record that Plaintiff has failed to properly serve Defendants. Plaintiff is advised to review the requirements in Federal Rule of Civil Procedure 4(i) for service the United States and 4(j) for service on a state government. Under Rule 4(m), service is required within 90 days after the Complaint was filed in this case. Because that deadline is quickly approaching, and because of Plaintiff's medical condition, the Court will now extend this deadline by an additional 30 days. There will be no further extensions. . . . The deadline for service is

ORDER TO SHOW CAUSE - 1

> now May 4, 2019. Failure to properly serve a Defendant by this
> date may result in dismissal of all claims against that Defendant.

Dkt. #53 at 2. Since that time, Defendant State of Washington has made an appearance through counsel from the state Attorney General's Office. Dkt. #64. Defendant United States of America has not appeared.

On June 20, 2019, Plaintiff Martin filed a purported Joint Status Report. Dkt. #66. This was not a *joint* status report as no other party signed it or participated in its drafting. Ms. Martin begins the status report by stating she has received correspondence from an assistant attorney general for the State of Washington indicating that they had received the summons and complaint by mail but that "the state does not consider this form of service to be proper" under Rule 4(j)(2). *Id*. at 1. Plaintiff Martin indicates that she mailed summonses to both Defendants but does not provide further details. *Id*. at 2.

Federal Rule of Civil Procedure 4(m) states in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

The Court believes that one or more of the Defendants have still not been properly served under Rule 4. Service by mail to a single address for each Defendant is likely inadequate under that rule. Failure to timely serve is a valid basis for dismissal of this case without prejudice.

The Court needs to hear from Ms. Martin and the State of Washington on this issue. In Response to this Order, the parties must each write a short statement telling the Court how

ORDER TO SHOW CAUSE - 2

service was accomplished and why service in this case is or is not proper. This Response may not exceed **six (6) pages**.

Accordingly, the Court hereby finds and ORDERS that Plaintiff and Defendant the State of Washington shall each file a Response to this Order to Show Cause containing the detail above no later than **fourteen (14) days** from the date of this Order. Plaintiff's failure to file this Response will result in dismissal of this case.

DATED this 2 day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 3